UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | } | Chapter 7 |
| | } | |
| ABDOUL A. NIKIEMA, | } | Case No. 24-11031 (DSJ) |
| | } | |
| DEBTOR. | } | |

--------------------------------------------------------x

### ORDER TO (1) REOPEN CASE; (2) TO ALLOW THE DEBTOR TO AMEND SCHEDULES E/F, SUMMARY OF SCHEDULES AND MAILING MATRIX

**WHEREAS**, the above-named debtor filed a motion to reopen Debtor's case pursuant to 11 U.S.C. §§ 350(b) and 105(a) and Rule 5010 of the Federal Rules of Bankruptcy Procedure. This case, filed on June 11, 2024, is a case under Chapter 7 of the Bankruptcy Code in the Southern District of New York.

**IT IS HEREBY ORDERED** that the instant Chapter 7 case is reopened to allow the Debtor to amend Schedules E/F, Summary of Schedules and Mailing Matrix of his Voluntary Chapter 7 Petition to include U.S. Small Business Administration; and it is further

**ORDERED**, that within five (5) days of entry of this Order, Debtor's counsel is directed to file **a copy of this order along with** the Debtor's amended Schedules E/F, Summary of Schedules and Mailing Matrix with the Court and serve a copy of the amended Schedules E/F, Summary of Schedules and Mailing Matrix upon U.S. Small Business Administration, the Chapter 7 Trustee and the United States Trustee; and it is further **[DSJ 10/31/2024]**

**ORDERED,** that U.S. Small Business Administration **(SBA)** shall have 60 days from the date of service of the Debtor's amended Schedules E/F, Summary of Schedules Mailing Matrix to file a Complaint objecting to the Debtor's amendment **or to the dischargeability of Debtor's debt to SBA;** and it is further **[DSJ 10/31/2024]**

**ORDERED**, that within five (5) days of entry of this Order, Debtor's counsel is directed to file an affidavit of service of the above-referenced documents with the Court.

**UPON** the foregoing it is,

SO ORDERED this 31st day of October, 2024

_____*s/ David S. Jones*_____
**HONORABLE DAVID S. JONES**
**UNITED STATES BANKRUPTCY JUDGE**